UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BRANDON JONES** | **DOCKET NO. 1:22-CV-00597** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BUREAU OF PRISONS, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 8] of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's COMPLAINT [Doc. 6] under the Privacy Act is DENIED and DISMISSED WITHOUT PREJUDICE to refiling after exhaustion is completed.

THUS, DONE AND SIGNED in chambers, this 9th day of June 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE